IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN SCOTT ZUCKERMAN,**<br><br>*Plaintiff,*<br><br>v.<br><br>**FORT DEARBORN INSURANCE COMPANY,** *et al.*,<br><br>*Defendants.* | **Case No. 2:22-cv-01993-JDW** |

### ORDER

**AND NOW**, this 7th day of August, 2024, upon consideration of Plaintiff Brian Scott Zuckerman's Motion For Summary Judgment (ECF No. 49) and Defendant Fort Dearborn Insurance Company's Motion For Summary Judgment (ECF No. 50), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Mr. Zuckerman's Motion For Summary Judgment (ECF No. 49) is **DENIED**;

2. Dearborn's Motion For Summary Judgment (ECF No. 50) is **GRANTED**; and

3. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**